SHEPHERD *et al.* *v.* THE STATE.

EVANS, P. J. The evidence before the judge on the motion to change the venue, under the act approved August 21, 1911 (Acts 1911, p. 74), authorized a finding that a fair and impartial jury could be obtained in the county where the crime was alleged to have been committed, and that there was no probability or danger of lynching or other violence to the accused. Accordingly it was not erroneous to refuse the motion for a change of venue. *Judgment affirmed. All the Justices concur.*
                       APRIL 15, 1914.

Application to change venue. Before Judge Reid. Newton superior court. March 24, 1914.

*Greene F. Johnson* and *J. E. McClelland,* for plaintiff in error.
*George M. Napier, solicitor-general,* and *Rogers & Knox,* contra.

---

ROME RAILWAY AND LIGHT COMPANY *v.* BERRYHILL.

BECK, J. No error of law alleged to have been committed during the trial is complained of; and there being sufficient evidence to authorize the verdict, which has received the approval of the trial judge, the judgment of the court below refusing a new trial will not be disturbed here.            *Judgment affirmed. All the Justices concur.*
                       APRIL 16, 1914.

Action for damages. Before Judge Maddox. Floyd superior court. January 17, 1913.

*Dean & Dean* and *J. M. Hunt,* for plaintiff in error.
*Harris & Harris,* contra.